**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CASSANDRA BOYLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No.: 3:19-cv-00498-SMY-GCS ) |
| HARBOR FREIGHT TOOLS USA, INC., | ) Judge: Staci M. Yandle ) Magistrate: Gilbert C. Sison |
| *Defendant*. | ) ) **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) hereby dismisses this action, in which neither an Answer nor a motion for summary judgment has been filed, without prejudice.

Respectfully submitted,

Dated: November 5, 2019

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar # 6288806
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@pwcklegal.com
Email: plesko@pwcklegal.com

COUNSEL FOR THE PLAINTIFF AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2019, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing and allow access to all counsel of record.

*/s/ Brandon M. Wise*

1